COMMISSIONER OF LABOR *v.* MARY LOU
WALL ET AL.

The petition for certification by the defendants Mary Lou Wall and Suburban Homes & Condos, Ltd., for appeal from the Appellate Court, 69 Conn. App. 450 (AC 21148), is denied.

*Marc P. Mercier,* in support of the petition.

*Glenn A. Woods,* assistant attorney general, in opposition.

Decided June 26, 2002

STATE OF CONNECTICUT *v.* BILLY RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 779 (AC 21237), is denied.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Richard F. Jacobson,* special assistant state's attorney, in opposition.

Decided June 26, 2002